*State, Petitioner, v. Hecker, Respondent*, No. 93040-6. Petition for review of a decision of the Court of Appeals, No. 46312-1-II, February 9, 2016, 192 Wn. App. 1036. *Denied* August 31, 2016.

*Garrett Ranches, LLC, Respondent, v. Larry Honn Family, LLC, Petitioner*, No. 93043-1. Petition for review of a decision of the Court of Appeals, No. 33175-0-III, February 25, 2016, 192 Wn. App. 1048. *Denied* August 31, 2016.

*Emerson et al., Petitioners, v. Island County, Respondent*, No. 93050-3. Petition for review of a decision of the Court of Appeals, No. 73208-1-I, March 28, 2016, 194 Wn. App. 1. *Denied* August 31, 2016.

*State, Respondent, v. Hackney, Petitioner*, No. 93051-1. Petition for review of a decision of the Court of Appeals, No. 31997-1-III, January 12, 2016, 192 Wn. App. 1010. *Denied* August 31, 2016.

*Hively, Petitioner, v. Port of Skamania County, Respondent*, No. 93060-1. Petition for review of a decision of the Court of Appeals, No. 46875-1-II, February 23, 2016, 193 Wn. App. 11. *Denied* August 31, 2016.

*Ferguson et al., Petitioners, v. McKenzie et al., Respondents*, No. 93062-7. Petition for review of a decision of the Court of Appeals, No. 46774-7-II, March 1, 2016, 192 Wn. App. 1056. *Denied* August 31, 2016.

*State, Respondent, v. Stein, Petitioner*, No. 93064-3. Petition for review of a decision of the Court of Appeals, No. 71531-3-I, March 21, 2016, 193 Wn. App. 1003. *Denied* August 31, 2016.